IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Lisa Lynette Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.6:14-cv-2026-MGL |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Joint Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412(d), it is hereby,

ORDERED that Plaintiff, Lisa Lynette Johnson, is awarded attorney fees under the EAJA in the amount of $5,000.00.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010) (June 14, 2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)); *see also Stephens v Astrue*, 565 F. 3d 131, 139 (4th Cir. 2009) and, therefore, this Court directs fees be payable to the Plaintiff and delivered to Plaintiff's counsel.  Accordingly,

AND IT IS SO ORDERED.

                                                            s/Mary Geiger Lewis
                                                            Mary Geiger Lewis
                                                            United States District Judge

March 22, 2016
Columbia, South Carolina